UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

KEVIN C. IVANOSKI,                              )
                                               )
            Plaintiff,                         )
    v.                                         )        CIVIL ACTION
                                               )        NO. 22-10032-PBS
THE PRUDENTIAL INSURANCE COMPANY OF)
AMERICA                                        )
            Defendant.                         )

## SETTLEMENT ORDER OF DISMISSAL

SARIS, D.J.

     The Court having been advised, on August 25, 2022, that the above-entitled action has

been settled:

     It is hereby ORDERED that this action is hereby DISMISSED without costs and without

prejudice to the right of any party, upon good cause shown to re-open the action within sixty

(60) days if settlement is not consummated.

                                        By the Court:

                                        Robert Farrell, Clerk


                                        / s / Clarilde Geraldino-Karasek
                                        Deputy Clerk

DATED: August 26, 2022